GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Conservator of the Property and Assets of UNION INDEMNITY COMPANY within the State of New York, Appellant, v. VINCENT ASTOR, Sometimes Known as WILLIAM VINCENT ASTOR, Respondent.— Determination affirmed, with costs and disbursements. (See opinion in *Pink* v. *Isle Theatrical Corporation, ante,* p. 24, handed down herewith.) Present — McAvoy, Merrell, O'Malley, Townley and Untermyer, JJ. [154 Misc. 543.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB BLATT, Appellant.— Judgment convicting defendant of forgery, first degree, unanimously affirmed. No opinion. Present — McAvoy, Merrell, O'Malley, Townley and Untermyer, JJ.

GEORGE BACKER, INC., Respondent, v. SAMUEL LEVY, Appellant.— Action for money had and received. Order, so far as appealed from, granting plaintiff's motion to strike the affirmative defense from defendant's answer, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — McAvoy, Merrell, O'Malley, Townley and Untermyer, JJ.

HARRY B. BROCKHURST and EDWARD A. BROWN, Respondents, v. HAROLD L. BACHE and Others, Appellants, Impleaded with Others, Defendants. HARRY B. BROCKHURST and EDWARD A. BROWN, Respondents, v. JOHN L. JULIAN and Others, Appellants, Impleaded with Others, Defendants.— Action to recover damages alleged to have been sustained by plaintiffs as a result of the alleged tortious acts of defendants in conceiving and successfully consummating a conspiracy to wreck the New York Tobacco Exchange, Inc., and thereby deprive plaintiffs of their property. Order denying motion of defendants Harold L. Bache and others for judgment dismissing complaint and for other relief, and order denying motion of defendants John L. Julian and others to dismiss the complaint, to strike out certain parts of the complaint, to make the complaint more definite and certain and to compel plaintiffs to separately state and number the causes of action, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — McAvoy, Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of RICHARD M. COLEMAN and CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustees etc., of JAMES F. D. LANIER, Deceased. WILLIAM WORTHY COLEMAN, as Surviving Executor, etc., of RICHARD M. COLEMAN, Deceased, Appellant; CENTRAL HANOVER BANK AND TRUST COMPANY, as Surviving Trustee, and Others, Respondents.— Decree judicially settling the account of the deceased trustee and the surviving trustee in so far as it allows only one full commission for receiving and paying out the principal of said trust and directs that such commission be divided between the estate of the deceased trustee and the surviving trustee unanimously affirmed, with costs. No opinion. Present — McAvoy, Merrell, O'Malley, Townley and Untermyer, JJ. [155 Misc. 854.]